**Marvin GONZALES, Plaintiff–Appellant,**

v.

**ARMAC INDUSTRIES, LTD.,
Defendant–Third–Party–
Plaintiff–Appellant,**

and

**General Thermoforming Corporation,
Third–Party–Defendant–Appellee.**

No. 1788, Docket 92–7150.

United States Court of Appeals,
Second Circuit.

Argued June 25, 1992.

Decided April 19, 1993.

Robert R. MacDonnell, New York City (Kroll & Tract, of counsel), for defendant-third-party-plaintiff-appellant.

Herman Schmertz, New York City (Gair, Gair, Conason, Steigman & Mackauf, of counsel), for plaintiff-appellant.

David W. Silverman, New York City (Granik Silverman, Ricki H. Berger, of counsel), for third-party-defendant-appellee.

Before NEWMAN, PRATT, and WALKER, Circuit Judges.

PER CURIAM:

On July 27, 1992 this court certified to the New York Court of Appeals the following question:

> Whether a defendant manufacturer's pretrial agreement with an injured plaintiff, admitting liability for two percent of any damages a jury might award, and preventing plaintiff from enforcing against defendant any judgment in excess of 2% of plaintiff's total damages, is a "release from liability" within the meaning of § 15–108(c) of the General Obligations Law.

970 F.2d 1123 (2d Cir.1992).

By order and opinion dated February 11, 1993, the New York State Court of Appeals answered the question in the affirmative, 81 N.Y.2d 1, 595 N.Y.S.2d 360, 611 N.E.2d 261 (1993).

There being no other issues raised on this appeal, the judgment of the United States District Court for the Southern District of New York, Robert W. Sweet, *Judge,* 756 F.Supp. 665, filed December 20, 1991, is affirmed for the reasons set forth in the opinion of the New York State Court of Appeals dated February 11, 1993.

**The ABENAKI NATION OF MISSISSQUOI; The Abenaki Tribal Council; Dee Brightstar; Dorcus Churchill; Michael Delaney; Blackhorse Phillips; Hilda Robtoy; April St. Francis; David St. Francis; Homer St. Francis; Homer St. Francis; Robert Wells, all on their own behalfs and on behalf of the Abenaki People, Plaintiffs–Appellants,**

v.

**James K. HUGHES, Lt. Colonel, District Engineer of the New England Division of the Corps of Engineers of the United States Department of the Army; William F. Lawless, P.E., Chief, Regulatory Branch, Operations Division, of the Corps of Engineers of the United States Department of the Army; Philip R. Harris, Colonel, Division Engineer of the New England Division of the Corps of Engineers of the United States Department of the Army; Michael P.W. Stone, Secretary of the Army; The Village of Swanton, Vermont; George Lague, Village Manager of the Village of Swanton, Vermont, Defendants–Appellees.**

No. 1367, Docket 92–6302.

United States Court of Appeals,
Second Circuit.

Argued April 13, 1993.

Decided April 20, 1993.

Marybeth McCaffrey, Middlebury, VT (James Allan Dumont, Sessions, Keiner, Dumont, Barnes & Everitt, of counsel), for plaintiffs-appellants.

Stephen C. Walke, Jr., Paterson & Walke, P.C., Montpelier, VT, for defendants-appellees The Village of Swanton, Vermont, and George Lague.

Thomas D. Anderson, Asst. U.S. Atty., Burlington, VT (Charles A. Caruso, U.S. Atty., Helen M. Toor, Chief, Civil Div., Gary Pasternak, Asst. Div. Counsel, Corps of Engineers, of counsel), for defendant-appellee The Army Corps of Engineers.

Before VAN GRAAFEILAND and WINTER, Circuit Judges, and POLLACK, District Judge.*

PER CURIAM.

We affirm for substantially the reasons stated in Chief Judge Parker's opinion of October 22, 1992, 805 F.Supp. 234.

**GREENWICH COLLIERIES, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor, and Andrew Ondecko, Respondents.**

No. 92–3270.

United States Court of Appeals, Third Circuit.

Argued Jan. 12, 1993.

Decided March 23, 1993.

---

* The Hon. Milton Pollack, United States District Judge for the Southern District of New York, sitting by designation.